UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 26-00674-KK-DSRx** | Date: | March 4, 2026 |
| Title: | ***Shan Yan v. Fereti Semaia et al.*** | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Dominique Carr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(In Chambers) Order DISMISSING Petition for Writ of Habeas Corpus [Dkt. 1]**

On February 18, 2026, the Court granted Petitioner's Ex Parte Application for a Temporary Restraining Order and ordered, among other things, Petitioner's immediate release from Respondents' custody. ECF Docket No. ("Dkt.") 8 ("TRO Order"). The Court further ordered Respondents to show cause as to why a preliminary injunction should not be issued. Id.

On February 19, 2026, Respondents filed a status report indicating Petitioner was released from custody. Dkt. 9. On February 24, 2026, Respondents filed a Response requesting dismissal of Petitioner's Petition for Writ of Habeas Corpus. Dkt. 10, Response. Petitioner's optional Reply was due on February 28, 2026. See TRO Order at 7. To date, Petitioner has failed to file a Reply objecting to Respondents' request.

The Court construes Petitioner's failure to file a Reply to Respondents' Response as consent to dismissal. See C.D. Cal. L.R. 7-12 ("The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting . . . of the motion."). Accordingly, the Petition for Writ of Habeas Corpus is hereby **DISMISSED**.

**IT IS SO ORDERED.**  (JS-6)